IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JANE D. ISHMAN, and
MICHAEL L. ISHMAN,

    Plaintiffs,

v.                                                                  Civil Action No. 3:04CV21
                                                                           (Judge Bailey)

PENN LYON HOMES, INC.,
d/b/aPENN LYON HOMES
CORPORATION, and FOWLER
HOMES, LLC,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT ON SETTLEMENT AGREEMENT AGAINST FOWLER HOMES, LLC

       This matter comes before the Court for consideration of the plaintiffs' Motion for Entry of Judgment on Settlement Agreement Against Donna Fowler and Fowler Homes, LLC (Doc. 304) filed on August 8, 2007. Plaintiffs' motion seeks entry of judgment against Fowler Homes, LLC, in the amount of $15,000, pursuant to a settlement agreement executed between the parties. In response, the defendants confirm that the plaintiffs' request is consistent with the terms of the agreement. As such, plaintiffs' **Motion for Entry of Judgment on Settlement Agreement Against Fowler Homes, LLC (Doc. 304)** is **GRANTED**, and the **Clerk is DIRECTED to ENTER JUDGMENT in the amount of $15,000 against defendant Fowler Homes, LLC**.

       It is so **ORDERED**.

       The Clerk is directed to transmit a copy of this order to all counsel of record.

       DATED: August 27, 2007

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE